JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terrance A. Harper,<br><br>   Petitioner,<br><br>  v.<br><br>R. Fisher,<br><br>   Respondent. | Case No. 2:20-cv-08286-JVS-LAL<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

 IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 7, 2023

                _____
                Honorable James V. Selna
                United States District Judge